Chadwick P. McGrady
Law Office of Chadwick McGrady, P.C.
550 South Alaska Street, Suite 202
Palmer, Alaska 99645
907-746-0588-Telephone
907-746-0589-Fax
chad@chadwickmcgrady.com

Attorney for Anna Enzweiler

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANNA ENZWEILER,<br>Plaintiff,<br><br>vs.<br><br>GEICO Indemnity Company<br>Defendant. | No. 3:12-cv-00157-JWS<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

The parties above named, through their respective counsel have reached a settlement in the above captioned case and hereby file this notice of dismissal with prejudice, with each party to bear their own costs and attorneys' fees. The undersigned certifies that the information required under AS 09.68.130 will be submitted to the Alaska Judicial Council.

DATED this 14th day of November, 2012 at Palmer, Alaska.

Anna Enzweiler vs. Geico Indemnity Company
3:12-cv-00157-JWS
Notice of Dismissal With Prejudice
Page 1 of 3

LAW OFFICE OF CHADWICK MCGRADY, P.C.

By: *[signature]*
Chadwick P. McGrady
Attorney for Plaintiff
ABA No. 0312082

CERTIFICATE OF SERVICE
This is to certify that on the 14th day of November, 2012, a true and correct copy of this document was faxed to:

Michael J. Hanson
Call, Hanson & Kell, P.C.
250 H Street
Anchorage, Alaska 99501
(907) 258-8865

By: *[signature]*
Angela R. Ginnity – Paralegal for the
Law Office of Chadwick McGrady, P.C.

Law Office of
CHADWICK MCGRADY, P.C
550 South Alaska Street
Suite 202
Palmer, Alaska 99645
Ph: (907) 746-0588
Fax: (907) 746-0589
chad@chadwickmcgrady.com
www.chadwickmcgrady.com

Anna Enzweiler vs. Geico Indemnity Company
3:12-cv-00157-JWS
Notice of Dismissal With Prejudice
Page 2 of 3

Chadwick P. McGrady
Law Office of Chadwick McGrady, P.C.
550 South Alaska Street, Suite 202
Palmer, Alaska 99645
907-746-0588-Telephone
907-746-0589-Fax
chad@chadwickmcgrady.com

Attorney for Anna Enzweiler

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANNA ENZWEILER,<br>Plaintiff,<br><br>vs.<br><br>GEICO Indemnity Company<br>Defendant. | No. 3:12-cv-00157-JWS<br><br>ORDER FOR DISMISSAL OF ALL CALIMS WITH PREJUDICE |

All claims that were made or that could have been made in the above captioned matter are hereby dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this _____ day of November, 2012 at Anchorage, Alaska.

_____
The Honorable John W. Sedwick

Anna Enzweiler vs. Geico Indemnity Company
3:12-cv-00157-JWS
Notice of Dismissal With Prejudice
Page 3 of 3

Case 3:12-cv-00157-JWS   Document 10   Filed 11/14/12   Page 3 of 3